UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>                    Plaintiff,<br><br>    v.<br><br>ULTIMATE METALS CO., et al.,<br><br>                    Defendants. | Case No. 13-cv-03651-WHO<br><br>**ORDER RE MOTION TO COMPEL**<br>Re: Dkt. No. 52 |

Currently before the Court is plaintiff West's motion to compel defendant Peora to appear for a deposition on twenty-one topics on or before December 30, 2013. Docket No. 52. Plaintiff argues the deposition is necessary in order for West to prepare for the Court-ordered mediation set for January 15, 2014, and points out various scheduling difficulties and Peora's failure to seek a protective order. Peora opposes the motion and argues that the deposition was noticed on insufficient time and in violation of the Court's Civil Local Rules, the deposition is premature until West has provided adequate invalidity contentions under the Local Patent Rules, the deposition is not necessary for the mediation because West did not inform the Court-appointed mediator in their December 2, 2013 call that it needed any particular discovery in order for the mediation to proceed, and that it is impractical and inconvenient at best to require a 30(b)(6) deposition on twenty one topics to occur ten days from now during the holiday season.

Neither party comes to the Court with clean hands in terms of compliance with the Federal Rules of Civil Procedure and the Local Rules. Considering the arguments made, the Court DENIES the motion to compel. Peora has offered to have the deposition taken on January 17, 2014, which is seven days after West will provide revised infringement contentions. If any party feels that there has been insufficient discovery to allow for an effective mediation on January 15,

1  2014, the parties shall contact the Court-appointed mediator to discuss that issue and if the
2  mediator is in agreement and it is necessary, continue the mediation date.
3      **IT IS SO ORDERED**.
4  Dated: December 20, 2013



WILLIAM H. ORRICK
United States District Judge