1  Thomas T. Chan (SBN 129606)
      tchan@foxrothschild.com
2  Lena N. Bacani (SBN 213556)
      lbacani@foxrothschild.com
3  FOX ROTHSCHILD LLP
   1055 West Seventh Street, Suite 1880
4  Los Angeles, CA 90017-2544
   Telephone:  213-624-6460
5  Facsimile:   213-622-1154

6  Attorneys for Defendant,
   ZENGA INC.

          UNITED STATES DISTRICT COURT

          NORTHERN DISTRICT OF CALIFORNIA

11 TRENT WEST,                              Case No.: CV-13-03651-WHO

12          Plaintiff,                      Hon. Judge William H. Orrick

13     v.                                   **REQUEST FOR APPROVAL OF
                                            WITHDRAWAL OF COUNSEL
14 ULTIMATE METALS CO., aka METAL           WITH ~~PROPOSED~~ ORDER**
   MASTERS CO.; SEA OF DIAMONDS;
15 ZENGA INC.; BONNDORF; and
   PEORA,                                   Date Complaint Filed:  8/6/13
16                                          Discovery Cutoff:      None
            Defendants.                     Trial Date:            None

                    WITHDRAWAL OF COUNSEL
ACTIVE 24403808v1 01/03/2014              1

Lena N. Bacani, California Bar Number 213556, and Thomas T. Chan, California Bar Number 129606, from the law firm of Fox Rothschild LLP ("FOX ROTHSCHILD") hereby petition this Court to withdraw as counsel for defendant ZENGA INC. ("ZENGA") from this matter. No substitution of new counsel is necessary as ZENGA is already being represented in the case by Perry R. Clark, California Bar Number 19701. Mr. Clark is a member in good standing of the Bar of this Court and has already appeared on behalf of ZENGA in this matter. FOX ROTHSCHILD is currently serving as co-counsel of record in this case; and has obtained permission from ZENGA to withdraw as counsel in this matter. FOX ROTHSCHILD has also given notice to co-counsel, Perry R. Clark, and all other counsel in the case, of our intent to withdraw.

Dated: January 3, 2014          FOX ROTHSCHILD LLP

                                By /s/ Lena Bacani
                                   Thomas T. Chan
                                   Lena N. Bacani
                                   Attorneys for Defendant,
                                   ZENGA INC.

I am currently co-represented by FOX ROTHSCHILD in the above-named matter. I consent to the withdrawal of my current counsel, Lena Bacani and Thomas Chan from FOX ROTHSCHILD. I am already being represented in this matter by substitute counsel, Perry R. Clarke.

Dated: January 6, 2014          _____
                                Derek Belay on behalf of Zenga Inc.

IT IS SO ORDERED:


Dated: January 10, 2014         _____
                                HONORABLE WILLIAM H. ORRICK

WITHDRAWAL OF COUNSEL
2