UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>    Plaintiff,<br><br>  v.<br><br>ULTIMATE METALS CO., et al.,<br><br>    Defendants. | Case No. 13-cv-03651-WHO   (MEJ)<br><br>**ORDER FOR PARTIES TO APPEAR FOR CHAMBERS MEET AND CONFER SESSION** |

The Court is in receipt of Defendants Peora and Zenga's Request for Telephonic Conference for Purpose of Enforcing Meet and Confer Requirement. Dkt. No. 61. In the request, Peora and Zenga state that Plaintiff Trent West will not verify that the parties met and conferred in person in an attempt to resolve a dispute regarding Plaintiff's infringement contentions. Pursuant to the undersigned's Discovery Standing Order, the parties must meet and confer in person in an attempt to resolve any discovery disputes. If they are still unable to resolve the dispute, they may then file a joint letter. This process requires the parties to distill the issues and frame their arguments in a manner that allows the Court to rule on them efficiently.

As it appears that the parties have been unable to comply with the Standing Order, the Court hereby ORDERS them to meet and confer, in person, on February 12, 2014 at 9:30 a.m. in the undersigned's chambers, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The parties shall come prepared to meaningfully discuss and resolve the dispute regarding Plaintiff's infringement contentions. In the event that they are unable to resolve their dispute, the parties shall draft a joint letter at the meet and confer session in compliance with paragraph 4 of the Standing Order, which shall be presented by the parties for filing at the conclusion of the session. Thus, the parties are ORDERED to bring with

them any necessary equipment to draft the letter and present it to the Deputy Clerk for filing. The parties are advised that they will not meet with the undersigned during or after the meet and confer session.

If the parties are able to meet and confer in person and resolve their dispute or file a joint letter prior to February 12, 2014, they shall jointly request that the Court vacate the meet and confer date. The parties are advised that, given the dispute regarding whether an in-person meet and confer session has already occurred, they must meet in person after receipt of this Order; the Court will not accept an attestation that they complied with this requirement prior to this Order. Thus, the previous letter (Dkt. No. 56) will not be considered.

**IT IS SO ORDERED.**

Dated: January 29, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge