UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TRENT WEST,<br><br>        Plaintiff,<br><br>    v.<br><br>ULTIMATE METALS CO., et al.,<br><br>        Defendants. | Case No.  13-cv-03651-WHO   (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 58 |

Currently before the Court is the parties' joint statement regarding Plaintiff Trent West's request for Defendant Peora to appear for a Rule 30(b)(6) deposition. Dkt. No. 58. This dispute was previously presented to the Honorable William H. Orrick, the presiding judge in this matter. Dkt. No. 52. At that time, West argued the deposition was necessary in order for West to prepare for the Court-ordered mediation set for January 15, 2014. Peora opposed the motion, arguing that it was noticed on insufficient time. Judge Orrick denied the motion, noting that Peora offered to have the deposition taken on January 17, 2014. Dkt. No. 53. He ordered the parties to contact the mediator to seek a continuation if any party felt that there had been insufficient discovery. *Id.*

In the parties' current letter, West states that Peora refused to appear for deposition, and he now seeks an order requiring Peora to appear by February 7, 2014. Dkt. No. 58 at 1-2. In response, Peora states that it has not refused to appear for a deposition and explains that there was a misunderstanding regarding scheduling and Plaintiff's counsel's travel plans. *Id.* at 2.

Upon review of the parties' arguments, the Court ORDERS Peora to appear for the deposition by February 17, 2014. If Peora fails to comply with this Order, the Court may consider sanctions.

**IT IS SO ORDERED.**

Dated: January 29, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge