Perry R. Clark
California Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Tel:  (650) 248-5817
Fax:  (650) 618-8533
perry@perryclarklaw.com

Attorney for Defendants
PEORA and ZENGA

Edward Vincent King, Jr. (SBN 085726)
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone:  (415) 781-2888
Facsimile:  (415) 781-3011
evking@kingandkelleher.com

Attorneys For Plaintiff And Counterclaim-Defendant
TRENT WEST

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| TRENT WEST, | CASE NO. 13-CV-03651 WHO (MEJ) |
|---|---|
| Plaintiff | |
| v. | **JOINT REQUEST TO VACATE MEET AND CONFER REQUIRED BY DOC. 63** |
| ULTIMATE METALS CO., aka METAL MASTERS CO.; SEA OF DIAMONDS; ZENGA INC.; BONNDORF; and PEORA, | |
| Defendants. | |

**JOINT REQUEST TO VACATE MEET AND CONFER**
CASE NO.: 13-CV-3651 WHO (MEJ)

1

1   On January 29, 2014, this Court issued Doc. 63 requiring the parties to meet and confer

2 in person.  In Doc. 63, the Court further stated that "[i]f the parties are able to meet and confer

3 in person and resolve their dispute or file a joint letter prior to February 12, 2014, they shall

4 jointly request that the Court vacate the meet and confer date."

5   The parties met and conferred in person on February 10, 2014 and on February 12,

6 2014, filed a joint letter (Doc. 66).

7   Accordingly, the parties' respectfully request that the Court vacate the in person meet

8 and confer set for February 12, 2014.

9 Dated:  February 12, 2014                          ATTORNEY FOR DEFENDANTS PEORA
                                                    and ZENGA
10

11                                                          */S/ Perry Clark*
                                                    Perry R. Clark
12                                                  LAW OFFICES OF PERRY R. CLARK
                                                    825 San Antonio Road
13                                                  Palo Alto, CA 94303
                                                    Telephone: (650) 248-5817
14                                                  Facsimile: (650) 618-8533
                                                    Email: perry@perryclarklaw.com
15

16 Dated:  February 12, 2014                         ATTORNEYS FOR PLAINTIFF AND
                                                    COUNTERCLAIM-DEFENDANT TRENT
17                                                  WEST

18
                                                            */S/ Edward Vincent King, Jr.*
19                                                  Edward Vincent King, Jr. (SBN 085726)
                                                    KING & KELLEHER, LLP
20                                                  Four Embarcadero Center, 17th Floor
                                                    San Francisco, CA  94111
21                                                  Telephone:  (415) 781-2888
                                                    Facsimile:  (415) 781-3011
22                                                  evking@kingandkelleher.com

23

24

**JOINT REQUEST TO VACATE MEET AND CONFER**
CASE NO.: 13-CV-3651 WHO (MEJ)