| | |
|---|---|
| Edward Vincent King, Jr. (SBN 085726) | Perry R. Clark (SBN 197101) |
| KING & KELLEHER, LLP | LAW OFFICES OF PERRY R. CLARK |
| Four Embarcadero Center, 17th Floor | 825 San Antonio Road |
| San Francisco, CA  94111 | Palo Alto, CA 94303 |
| Telephone:  (415) 781-2888 | Telephone:  (650) 248-5817 |
| Facsimile:  (415) 781-3011 | Facsimile:  (650) 618-8533 |
| evking@kingandkelleher.com | perry@perryclarklaw.com |
| Attorneys for Plaintiff and Counterclaim-Defendant TRENT WEST | Attorney for Defendants and Counterclaimants PEORA and ZENGA |

David T. Pollock (SBN 217546)
John W. McCauley IV (SBN 274197)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorney for Defendants
ULTIMATE METALS CO., aka METAL MASTERS CO.; BONDORFF

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRENT WEST,<br><br>    Plaintiff<br><br>    v.<br><br>ULTIMATE METALS CO., aka METAL MASTERS CO.; SEA OF DIAMONDS; ZENGA INC.; BONNDORF; and PEORA,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 13-CV-03651 WHO (MEJ)<br><br>**ORDER GRANTING CIVIL L.R. 7-11 MISCELLANEOUS ADMINISTRATIVE REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE AND FOR AMENDED CASE MANAGEMENT SCHEDULE PURSUANT TO CIVIL L.R. 16-2(D)** |

Before the Court is the parties' joint Civil L.R. 7-11 Miscellaneous Administrative Request for Relief from Case Management Schedule and for Amended Case Management Schedule Pursuant to Civil L.R. 16-2(d) filed on February 25, 2014 (DKT 70).

PURSUANT TO THE STIPULATION, the Court adapts the following amended case management schedule:

| Event | Joint Proposed Date |
|---|---|
| Last Day to Serve Amended Disclosure of Asserted Claims and Infringement Contentions under Patent L.R. 3-1 and Accompanying Document Production under Patent L.R. 3-1 & 3-2 | March 7, 2014 |
| Last Day to Serve Invalidity Contentions under Patent L.R. 3-3 and Accompanying Document Production under Patent L.R. 3-3 & 3-4 | May 9, 2014 |
| Complete initial ADR (Court sponsored mediation selected by the parties) | May 16, 2014 |
| Exchange of Proposed Claim Terms for Construction under Patent L.R. 4-1 | May 23, 2014 |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence under Patent L.R. 4-2 | June 13, 2014 |
| File Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3 | June 27, 2014 |
| Complete discovery necessary for claim construction under Patent L.R. 4-4 | July 23, 2014 |
| File Opening Claim Construction Brief under Patent L.R. 4-5 | August 15, 2014 |
| File Responsive Claim Construction Brief under Patent L.R. 4-5 | August 29, 2014 |
| File Reply Claim Construction Brief under Patent L.R. 4-5 | September 5, 2014 |
| Tutorial | September 26, 2014 |
| *Markman* Hearing under Patent L.R. 4-6 | October 3, 2014 |

IT IS SO ORDERED.

Dated:  February 26, 2014

Hon. William H. Orrick
United States District Judge

ORDER GRANTING MISC. ADMIN. REQUEST RE CMC SCHEDULE
CASE NO.: 13-CV-3651 WHO (MEJ)

2