UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRENT WEST,

    Plaintiff,

  v.

ULTIMATE METALS CO., et al.,

    Defendants.

Case No. 13-cv-03651-WHO   (MEJ)

**DISCOVERY ORDER**

Re: Dkt. No. 81

On July 22, 2014, the parties filed a joint discovery dispute letter regarding Plaintiff Trent West's Patent Local Rules 3-1 and 3-2 infringement contentions. Dkt. No. 81. The Court has addressed this dispute in two previous orders. Dkt. Nos. 69, 75. Upon review of the most recent letter, the Court ORDERS as follows:

1) Plaintiff Trent West shall serve on Defendants a declaration by July 28, 2014, attesting that he has disclosed all information <u>that is reasonably available to him</u>, including: (a) specifically where each limitation of each asserted claim is found within each Accused Instrumentality; and (b) the level of detail that the "reverse engineering or its equivalent" standard requires.

2) If Plaintiff attempts to introduce evidence that he could have but failed to disclose as part of his infringement contention disclosures, the Court will consider exclusionary sanctions.

3) Defendants shall serve their Invalidity Contentions not later than 45 days after service of Plaintiff's declaration.

**IT IS SO ORDERED.**

Dated: July 23, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge