UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRENT WEST,

    Plaintiff,

    v.

ULTIMATE METALS CO., et al.,

    Defendants.

Case No. 13-cv-03651-WHO   (MEJ)

**DISCOVERY ORDER**

Re: Dkt. No. 82, 83

On July 23, 2014, the Court ordered Plaintiff Trent West to file a declaration regarding compliance with his obligations under Patent Local Rules 3-1 and 3-2. Dkt. No. 82. Plaintiff now seeks clarification of that Order. Dkt. No. 83. Specifically, Plaintiff understands the Order to require him to state his legal argument on the legal standard, rather than attesting to facts, regarding the level of detail the "reverse engineering or its equivalent" standard requires. The Court hereby clarifies that it does not seek Plaintiff's legal argument on the legal standard. Instead, Plaintiff shall attest to his compliance with the standard provided by the Court in its February 12, 2014 and April 10, 2014 Orders.

**IT IS SO ORDERED.**

Dated: July 24, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge