Perry R. Clark
California Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Tel:  (650) 248-5817
Fax:  (650) 618-8533
perry@perryclarklaw.com

Attorney for Defendants
PEORA and ZENGA

*Additional Counsel Listed on Signature Page*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRENT WEST,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ULTIMATE METALS CO., aka METAL MASTERS CO.; SEA OF DIAMONDS; ZENGA INC.; BONNDORF; and PEORA,<br><br>　　　　Defendants. | CASE NO. 13-CV-03651 WHO (MEJ)<br><br>**CIVIL L.R. 7-11 MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AMENDED CASE MANAGEMENT SCHEDULE PURSUANT TO CIVIL L.R. 16-2(D)** |

Pursuant to this Court's Order (Doc. 85, attached as Ex. A), the parties jointly propose the following schedule for this case:

| Event | Joint Proposed Date |
|---|---|
| Last Day to Serve Invalidity Contentions under Patent L.R. 3-3 and Accompanying Document Production under Patent L.R. 3-3 & 3-4 | September 8, 2014 |
| Complete initial ADR (Court sponsored mediation selected by the parties) | October 10, 2014 |
| Exchange of Proposed Claim Terms for Construction under Patent L.R. 4-1 | September 22, 2104 |
| Exchange of Preliminary Claim Construction and Extrinsic Evidence under Patent L.R. 4-2 | October 13, 2014 |
| File Joint Claim Construction and Prehearing Statement under Patent L.R. 4-3 | October 27, 2014 |
| Complete discovery necessary for claim construction under Patent L.R. 4-4 | November 11, 2014 |
| File Opening Claim Construction Brief under Patent L.R. 4-5 | November 25, 2014 |
| File Responsive Claim Construction Brief under Patent L.R. 4-5 | December 9, 2014 |
| File Reply Claim Construction Brief under Patent L.R. 4-5 | December 16, 2014 |
| *Markman* Hearing under Patent L.R. 4-6 | Court's Convenience |

Respectfully submitted by:

KING & KELLEHER, LLP                     LAW OFFICES OF PERRY R. CLARK

By: */s/ Edward Vincent King, Jr.*        By: */s/ Perry Clark*
    Edward Vincent King, Jr.                  Perry R. Clark

                                         Attorneys for Defendants and
                                         Counterclaimants PEORA and ZENGA

Attorneys for Plaintiff and Counterclaim-
Defendant TRENT WEST                      Date:  July 31, 2014

Date:  July 31, 2014

MISC. ADMIN. REQUEST RE SCHEDULE
CASE NO.: 13-CV-3651 WHO (MEJ)

1   PURSUANT TO STIPULATION IT IS SO ORDERED.

2   It is further ordered as follows:

3   The tutorial hearing is set for February 20, 2015 at 9:00 a.m. and

4   The claims construction hearing is set for February 27, 2015 at 9:00 a.m.

5

6   PURSUANT TO STIPULATION, IT IS SO ORDERED,

7   Dated: August 29, 2014                              _____

                                                        Hon. William H. Orrick
8                                                       U.S. District Judge