UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRENT WEST,

   Plaintiff,

  v.

ULTIMATE METALS CO., et al.,

   Defendants.

Case No. 13-cv-03651-WHO   (MEJ)

**DISCOVERY ORDER**

Re: Dkt. No. 90

  The Court is in receipt of the parties' most recent discovery dispute letter, filed September 25, 2014, regarding Defendant Peora's request for Plaintiff Trent West to supplement responses to its Interrogatory Nos. 3-5. Dkt. No. 90. Upon review of the parties' positions, the Court finds that they have not complied with the spirit of the in-person meet and confer requirement, as it is clear that the scope of the interrogatories can be narrowed or clarified so that West is able to provide more meaningful responses. Accordingly, the Court ORDERS the parties to meet and confer in person on October 15, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall come prepared to meaningfully discuss the interrogatories, distill the issues, and frame their positions in a manner that permits a resolution of the dispute. If still unable to resolve the dispute, the parties shall draft a revised joint letter at the session in compliance with paragraph 2 of the undersigned's Discovery Standing Order. The parties shall bring any necessary equipment to draft the letter and present it to the Deputy Clerk for electronic filing.

  If the parties meet and confer in person and resolve their prior to October 15, they shall jointly request that the Court vacate the meet and confer session.

  **IT IS SO ORDERED.**

Dated: October 3, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge