Perry R. Clark
California Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Tel: (650) 248-5817
Fax: (650) 618-8533
perry@perryclarklaw.com

Attorney for Defendant
PEORA

GRANTED

*/s/ MEJ*

Judge Maria-Elena James

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TRENT WEST,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ULTIMATE METALS CO., aka METAL MASTERS CO.; SEA OF DIAMONDS; ZENGA INC.; BONNDORF; and PEORA,<br><br>　　　　Defendants. | CASE NO. 13-CV-03651 WHO (MEJ)<br><br>**CIVIL L.R. 7-11 MISCELLANEOUS ADMINISTRATIVE REQUEST TO EXTEND DEADLINE FOR THE PARTIES TO COMPLETE COURT-ORDERED MEET AND CONFER (Doc. 91)** |

MISC. ADMIN. REQUEST TO EXTEND DEADLINE
FOR PARTIES TO COMPLETE COURT-ORDERED MEET AND CONFER (Doc. 91)
CASE NO.: 13-CV-3651 WHO (MEJ)

1

1   Pursuant to Civil L.R. 7-11, Defendant Peora files this motion for administrative relief from the deadline for the parties to complete a Court-ordered meet and confer.  In response to Defendant's joint letter seeking to compel Plaintiff to supplement interrogatory responses, the Court issued an order requiring "the parties to meet and confer in person on October 15, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California."  Doc. 91 (attached as Ex. A).

The parties have agreed to meet in confer in person to try to resolve their dispute on Tuesday, October 14, 2014, and Defendant's counsel is hopeful that the dispute will be resolved.  Defendant's counsel, however, must attend to a personal matter on October 15, 2014 that would conflict with a 10:00 am in-person meet and confer at the courthouse on October 15, 2014.

Accordingly, Defendant's counsel respectfully requests that the in person meet and confer pursuant to Doc. 91 be vacated and reset to 10:00 am on October 22, 2014, with the parties to otherwise comply with all of the terms of Doc. 91.

Defendant's counsel contacted Plaintiff's counsel regarding this request and Plaintiff's counsel does not oppose it.

Dated:  October 13, 2014                                   ATTORNEY FOR DEFENDANT PEORA

                                                                                 */S/ Perry Clark*
                                                                                 Perry R. Clark
                                                                                 LAW OFFICES OF PERRY R. CLARK
                                                                                 825 San Antonio Road
                                                                                 Palo Alto, CA 94303
                                                                                 Telephone: (650) 248-5817
                                                                                 Facsimile: (650) 618-8533
                                                                                 Email: perry@perryclarklaw.com

MISC. ADMIN. REQUEST TO EXTEND DEADLINE
FOR PARTIES TO COMPLETE COURT-ORDERED MEET AND CONFER (Doc. 91)
CASE NO.: 13-CV-3651 WHO (MEJ)

2

1  SO ORDERED:

2  Dated: October 14, 2014

3                                                  Hon. Maria Elena James
                                                U.S. Magistrate Judge

MISC. ADMIN. REQUEST TO EXTEND DEADLINE
FOR PARTIES TO COMPLETE COURT-ORDERED MEET AND CONFER (Doc. 91)
CASE NO.: 13-CV-3651 WHO (MEJ)

3

Ex. A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>    Plaintiff,<br><br>v.<br><br>ULTIMATE METALS CO., et al.,<br><br>    Defendants. | Case No. 13-cv-03651-WHO (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 90 |

    The Court is in receipt of the parties' most recent discovery dispute letter, filed September 25, 2014, regarding Defendant Peora's request for Plaintiff Trent West to supplement responses to its Interrogatory Nos. 3-5. Dkt. No. 90. Upon review of the parties' positions, the Court finds that they have not complied with the spirit of the in-person meet and confer requirement, as it is clear that the scope of the interrogatories can be narrowed or clarified so that West is able to provide more meaningful responses. Accordingly, the Court ORDERS the parties to meet and confer in person on October 15, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall come prepared to meaningfully discuss the interrogatories, distill the issues, and frame their positions in a manner that permits a resolution of the dispute. If still unable to resolve the dispute, the parties shall draft a revised joint letter at the session in compliance with paragraph 2 of the undersigned's Discovery Standing Order. The parties shall bring any necessary equipment to draft the letter and present it to the Deputy Clerk for electronic filing.

    If the parties meet and confer in person and resolve their prior to October 15, they shall jointly request that the Court vacate the meet and confer session.

    **IT IS SO ORDERED.**

Dated: October 3, 2014

                                                                                               _____
                                                                                                MARIA-ELENA JAMES
                                                                                                United States Magistrate Judge