| | |
|---|---|
| Edward Vincent King, Jr. (SBN 085726) | Perry R. Clark (SBN 197101) |
| KING & KELLEHER, LLP | LAW OFFICES OF PERRY R. CLARK |
| Four Embarcadero Center, 17th Floor | 825 San Antonio Road |
| San Francisco, CA 94111 | Palo Alto, CA 94303 |
| Telephone: (415) 781-2888 | Telephone: (650) 248-5817 |
| Facsimile: (415) 781-3011 | Facsimile: (650) 618-8533 |
| evking@kingandkelleher.com | perry@perryclarklaw.com |
| | |
| Attorneys for Plaintiff and Counterclaim-Defendant TRENT WEST | Attorneys for Defendants and Counterclaimants ZENGA INC. and PEORA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>        Plaintiff,<br><br>    v.<br><br>ULTIMATE METALS CO., aka METAL MASTERS CO.; SEA OF DIAMONDS; ZENGA INC.; BONNDORF; and PEORA,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-13-3651 WHO<br><br>**STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), Plaintiff and Counterclaim-Defendant Trent West and Defendant and Counterclaimant Zenga Inc., by and through their respective counsel of record, stipulate that all claims between them in this action are hereby dismissed with prejudice. Each party shall bear its/his own costs and attorneys' fees.

DATED:  November 7, 2014            Respectfully submitted,

KING & KELLEHER, LLP


By: */s/ Edward Vincent King, Jr.*
     Edward Vincent King, Jr.

Attorneys for Plaintiff and Counterclaim-Defendant
TRENT WEST


LAW OFFICES OF PERRY R. CLARK


By: */s/ Perry R. Clark*
     Perry R. Clark

Attorneys for Defendants and Counterclaimants
ZENGA INC. and PEORA

I, Edward Vincent King, Jr., am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant and Counterclaimant Zenga Inc., has concurred in this filing.


                                   */s/*
                         Edward Vincent King, Jr.

**STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE**
CASE NO. CV-13-3651 WHO