UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRENT WEST,

        Plaintiff,

    v.

ZENGA INC., et al.,

        Defendants.

Case No.   13-cv-03651-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 98

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: November 10, 2014

_____
WILLIAM H. ORRICK
United States District Judge