UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br>　　　　Plaintiff,<br>　　v.<br>ZENGA INC., et al.,<br>　　　　Defendants. | Case No.  13-cv-03651-WHO<br><br>**ORDER VACATING ORDER OF DISMISSAL**<br>Re: Dkt. No. 99 |

　　Plaintiff's counsel has advised the Court that the Stipulated Dismissal of All Claims with Prejudice (Dkt. 98) filed on November 7, 2014, was intended to apply only to those claims and counterclaims between Plaintiff Trent West and Defendant Zenga, Inc. It was not Plaintiff's intent to voluntarily dismiss the entire case.

　　The Clerk is directed to reopen the case and to restore all hearings and deadlines.

　　**IT IS SO ORDERED**.

Dated: November 13, 2014



WILLIAM H. ORRICK
United States District Judge