Edward Vincent King, Jr. (SBN 085726)
KING & KELLEHER, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 781-2888
Facsimile: (415) 781-3011
evking@kingandkelleher.com

Attorneys for Plaintiff and Counterclaim-Defendant
TRENT WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>   Plaintiff,<br><br> v.<br><br>ULTIMATE METALS CO., aka METAL MASTERS CO.; SEA OF DIAMONDS; ZENGA INC.; BONNDORF; and PEORA,<br><br>   Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-13-3651 WHO<br><br>**CIVIL L.R. 7-11 MISCELLANEOUS ADMINISTRATIVE REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE** |

Pursuant to Civil L.R. 7-11, all of the parties in this action file this miscellaneous administrative request for relief from the current case management schedule and to jointly request the Court vacate the current case management schedule.

Plaintiff and Counterclaim-Defendant Trent West and Defendant and Counterclaimant Peora have come to a settlement of the pending matter which calls for stipulated dismissals no later than early January, 2015.  For this reason, the parties hereby request that all activity dates required by the pending case management order be vacated.

Respectfully submitted by:

| KING & KELLEHER, LLP | LAW OFFICES OF PERRY R. CLARK |
|---|---|
| By: */s/ Edward Vincent King, Jr.* | By: */s/ Perry R. Clark* |
| Edward Vincent King, Jr. | Perry R. Clark |
| Attorneys for Plaintiff and Counterclaim-Defendant TRENT WEST | Attorney for Defendants and Counterclaimants PEORA and ZENGA |

Date:  November 13, 2014

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Case Management Conference set for 1/27/2015 at 2:00 p.m. Case Management Statement due 1/20/2015.

Dated:  November 24, 2014

Hon. William H. Orrick
U.S. District Judge

- 2 -
**CIVIL L.R. 7-11 MISCELLANEOUS ADMINISTRATIVE REQUEST FOR RELIEF FROM CASE MANAGEMENT SCHEDULE**
CASE NO. CV-13-3651 WHO