UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENT WEST,<br><br>        Plaintiff,<br><br>    v.<br><br>ZENGA INC., et al.,<br><br>        Defendants. | Case No. 13-cv-03651-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 105 |

    Pursuant to Stipulated Dismissal of All Claims, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: December 16, 2014



WILLIAM H. ORRICK
United States District Judge